# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

## Proceeding Memorandum/Order of Court

In Re:   Richard J. O'Neil                                Case Number:  16-14278           Ch:  7

**MOVANT/APPLICANT/PARTIES:**

#10 Endorsed Order dated 11/9/16 Re: [6] Disclosure of Compensation of Attorney Michelle Lewis. ON OR BEFORE NOVEMBER 16, 2016, DEBTORS COUNSEL SHALL FILE AN AMENDED DISCLOSURE OF COMPENSATION THAT SETS FORTH THE INFORMATION REQUIRED BY FRBP 9004, FRBP 9011, MLBR 9011-1 AND MLBR APP. 8 MEFR 8. (lkaine, Usbc)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

On or before December 1, 2016 Debtor's counsel shall show cause in writing why an order should not enter requiring Disgorgement of Compensation based on the failure to comply with the Court's Order of November 9, 2016 and file a Disclosure of Compensation that meets the requirements of the Federal Rules of Bankruptcy Procedure and the Massachusetts Local Bankruptcy Rules.

IT IS SO NOTED:                                          IT IS SO ORDERED:

_____                                   _____ Dated: 11/17/2016
Courtroom Deputy                                         Joan N. Feeney, U.S. Bankruptcy Judge